## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                                                     Case No. 19−32939
                                                                                                               Chapter 13

Teneisha Nicole Sharpe Lucas ,

      Debtor.

## ORDER CONFIRMING PLAN

      The debtor's plan filed on October 11, 2019, was transmitted to creditors pursuant to Rule 3015, Federal Rules of Bankruptcy Procedure. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

      It is **ORDERED** that the debtor's chapter 13 plan, as amended if applicable, is **CONFIRMED**.

      It is further **ORDERED** that any proposed lien avoidance in the debtor's plan is hereby avoided to the extent the debt is not otherwise provided for by the plan.

Dated January 20, 2020

                                                                      William R. Sawyer
                                                                    United States Bankruptcy Judge

In re:  
Teneisha Nicole Sharpe Lucas  
Debtor

Case No. 19-32939-WRS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 1127-2 | User: admin | Page 1 of 2 | Date Rcvd: Jan 21, 2020 |
| | Form ID: van297a | Total Noticed: 26 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.

```
db            +Teneisha Nicole Sharpe Lucas,    1000 North Burbank Drive,    Montgomery, AL 36117-4503
4312574       +ACCS Ins Co,    74 Midtown Park West, Ste. 105,    Mobile, AL 36606-4100
4312575       +AD Astra Recovery Services,    7330 W 33rd St N Ste 118,    Wichita, KS 67205-9370
4312577       +ARS,    1643 NW 136th Avenue,    Building H, Ste. 100,    Fort Lauderdale, FL 33323-2857
4312576       +Amsher Collection Services,    4524 Southlake Pkwy,    Birmingham, AL 35244-3270
4338413       +BANK OF MISSOURI,    2700 S LORRAINE PL,    SIOUX FALLS, SD 57106-3657
4312578       +Beckman & Associates,    560 South McDonough Street,    Montgomery, AL 36104-4604
4312579        Clerk of Court,    P.O. Box 1667,    Montgomery, AL 36102-1667
4350606        EMERGENCY SERVICES OF MONTGOMERY, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
4312581       +Edfinancial Services,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
4312583        First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
4312582        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
4321768       +GOODWIN ANIMAL HOSPITAL,    c/o HOLLOWAY CREDIT SOLUTIONS,    PO BOX 230609,
                 MONTGOMERY, AL 36123-0609
4312584      ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKINSON DR,    MONTGOMERY AL 36109-2601
                (address filed with court: Guardian Credit Union,    418 Madison Avenue,    Montgomery, AL 36104)
4329425       +HAYNES AMBULANCE,    c/o HOLLOWAY CREDIT SOLUTIONS,    PO BOX 230609,    MONTGOMERY, AL 36123-0609
4312585       +Holloway Credit Solutions,    DBA Credit Bureau Collections Department,    PO Box 230609,
                 Montgomery, AL 36123-0609
4312586       +Imperial Finance Company, Inc,    4010 Mobile Highway,    Montgomery, AL 36108-4642
4312587       +Jerrod Lucas,    325-A Columbia Avenue Apt. A,    Montgomery, AL 36104-4827
4353383       +Michael Gillion, P.C.,    P.O. Box 161423,    Mobile, AL 36616-2423
4312588       +The Bank of Missouri - Total Visa,    P.O. Box 85710,    Sioux Falls, SD 57118-5710
4312589       +Walter M. Gillion,    P.O. box 161423,    Mobile, AL 36616-2423
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4337946       +E-mail/Text: michael@car-llc.com Jan 21 2020 22:49:46     CAPITAL ASSET RECOVERY,
                 PO BOX 192585,    DALLAS, TX 75219-8523
4312580       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 21 2020 22:52:50
                 Diversified Consultants Inc.,    10550 Deerwood Park Blvd Ste 309,
                 Jacksonville, FL 32256-2805
4351747        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 21 2020 22:54:51     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4312590       +E-mail/Text: BankruptcyNotice@westlakefinancial.com Jan 21 2020 22:53:29     Western Funding,
                 3915 E Patrick LN,    Las Vegas, NV 89120-3965
4358617       +E-mail/Text: peritus@ebn.phinsolutions.com Jan 21 2020 22:53:30
                 Western Funding-C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4353384      ##+ACCC Insurance Company,    P.O. Box 3570,    Alpharetta, GA 30023-3570
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2020 at the address(es) listed below:

          Bankruptcy Administrator    ba@almb.uscourts.gov
          Michael Brock    on behalf of Debtor Teneisha Nicole Sharpe Lucas bankruptcy@brockandstoutlaw.com, bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com
          Sabrina L. McKinney    trustees_office@ch13mdal.com

                                                                               TOTAL: 3